**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLINTON L. MOORMAN, JR.,**

      **Plaintiff,**

**-vs-**                                              **Case No. 6:07-cv-804-Orl-31DAB**

**CIBA-GEIGY CORPORATION,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Leave to Proceed *in Forma Pauperis* (Doc. No. 2) filed May 14, 2007.

On May 15, 2007, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Leave to Proceed *in Forma Pauperis* is DENIED.

3. That this case is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of June, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE